**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  LEON BARNETT                    §    Case No. 14-82209
        CASSANDRA BARNETT               §
                                        §
            Debtors                     §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 07/16/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 08/02/2014.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 1.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,720.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 0.00 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | $ 0.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 0.00 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPRINGER LAW FIRM | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| CITIZENS FINANCE | Sec | 6,593.00 | 6,109.50 | 6,109.50 | 0.00 | 0.00 |
| ACCT RCV SVC | Uns | 1,261.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED SURGEONS OF | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 1,084.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS | Uns | 284.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 153.00 | 657.00 | 657.00 | 0.00 | 0.00 |
| COMED | Uns | 346.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLL | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SVC | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CRUSADER CLINIC | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICING CREDIT | Uns | 34,000.00 | NA | NA | 0.00 | 0.00 |
| GLELSI | Uns | 9,500.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 1,797.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| IRS | Uns | 726.16 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MUTUAL MANAGEMENT | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL VISION INC | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 153.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,145.00 | NA | NA | 0.00 | 0.00 |
| OSF HEALTHCARE | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD BELL CREDIT UNION | Uns | 580.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD DENTAL CARE PC | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 1,661.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGY | Uns | 320.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ORTHOPEDIC ASSOC | Uns | 240.67 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE CENTRAL | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 14.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Uns | 761.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED | Uns | 29,000.00 | NA | NA | 0.00 | 0.00 |
| VISITING NURSES ASSOCIATION | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 1,638.00 | 1,168.28 | 1,168.28 | 0.00 | 0.00 |

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,109.50 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 6,109.50 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 1,825.28 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  08/29/2014             By:  /s/ Lydia S. Meyer
                                   Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.